**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| ITSERVE ALLIANCE, INC., et al., | Civil Action No. 20-14604 (SRC) |
| Plaintiffs, | |
| v. | **ORDER** |
| EUGENE SCALIA, United States Secretary of Labor, et al., | |
| Defendants. | |

**<u>CHESLER, District Judge</u>**

This matter comes before the Court on the application by Plaintiffs for an order to show cause, seeking to bring on a hearing on a preliminary injunction motion on an expedited basis. Plaintiffs' application for an order to show cause must be denied because it has failed to persuade that the requirements of L. Civ. R. 65.1(a) have been met. That Rule provision states: "No order to show cause to bring on a matter for hearing will be granted except on a clear and specific showing by affidavit or verified pleading of good and sufficient reasons why a procedure other than by notice of motion is necessary." Plaintiffs' submissions do not offer a sufficient reason why a procedure other than by notice of motion is necessary. Because Plaintiffs have not shown that these circumstances justify receiving the expedited treatment appropriate for applications for emergency relief, the application must be denied.

Plaintiffs, however, may choose to re-file the motion for a preliminary injunction under the ordinary rules regarding motion procedures and scheduling.

1

For these reasons,

**IT IS** on this 20th day of October, 2020 hereby

**ORDERED** that Plaintiffs' application for a preliminary injunction by way of an order to show cause (Docket Entry No. 4) is **DENIED** without prejudice.

    s/ Stanley R. Chesler
Stanley R. Chesler, U.S.D.J.