UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK

11/24/2020
Judge Chesler
Court Reporter: JOANNE SEKELLA

**Title of Case**
ITSERVE ALLIANCE INC., et al.,
v.
SCALIA, et al

Docket No. 20-14604

**Appearances**
Geoff Forney, Esq., pltf
Laurel Lum, Esq., deft.

**Nature of Proceedings**-
Court conducted hearing via ZOOM
Hearing on Amended MOTION for Preliminary Injunction ( d.e.7 )
DECISION RESERVED.
1.0
    s/Theresa C. Trivino, Senior Courtroom Deputy to the Honorable Stanley R. Chesler