**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| ITSERVE ALLIANCE, INC., et al., | : | |
| | : | |
| Plaintiffs, | : | **Civil Action No. 20-14604 (SRC)** |
| | : | |
| v. | : | **ORDER** |
| | : | |
| EUGENE SCALIA, United States Secretary of Labor, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

**CHESLER**, District Judge

This matter having come before the Court upon the amended motion filed by Plaintiffs for a preliminary injunction (Docket Entry No. 7); and Defendants having opposed the motion; and the parties having presented oral arguments on November 24, 2020; and the Court having considered the papers filed by the parties, as well as the parties' oral arguments; and for the reasons expressed in the Opinion filed herewith;

**IT IS** on this 3rd day of December, 2020,

**ORDERED** that Plaintiffs' amended motion for a preliminary injunction (Docket Entry No. 7) is **GRANTED**; and it is further

**ORDERED** that Defendants are hereby **ENJOINED** from enforcing Department of Labor Interim Final Rule entitled "Strengthening Wage Protections for the Temporary and Permanent Employment of Certain Aliens in the United States," 85 Fed. Reg. 63,872 (Oct. 8, 2020) against these Plaintiffs pending the outcome of this litigation.

s/ Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge